| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>Plaintiff,<br><br>v.<br><br>YVETTE DURANT, Superior Court Judge,<br><br>Defendant. | No. 2:18-cv-1351 KJM AC P<br><br><br>ORDER |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. On May 25, 2018, the magistrate judge filed findings and recommendations recommending dismissal of the action. Plaintiff filed numerous documents in response to the findings and recommendations, *see* ECF No. 20, and on July 13, 2018, the court issued an order amending the description of plaintiff's claim, correcting a typographical error, and otherwise adopting the findings and recommendations and dismissing the action. ECF No. 20. Judgment was entered the same day. ECF No. 21.

Since the July 13, 2018 order was filed, plaintiff has filed three more documents styled as objections, ECF Nos. 22, 23, 26, two requests to proceed in forma pauperis, ECF Nos. 24, 25, and a document contending a June 26, 2018 court order is void because the court lacked jurisdiction. ECF No. 26. No order was issued in this action on June 26, 2018.

1 | None of the documents filed by plaintiff since the date judgment was entered in
2 | this action can or should be construed as a proper post-judgment motion or a notice of appeal.
3 | Accordingly, the documents will be disregarded.
4 | IT IS SO ORDERED.
5 | DATED: October 16, 2018.

_____
UNITED STATES DISTRICT JUDGE